UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at ASHLAND

CIVIL ACTION NO. 05-204-DLB

BOB AKERS, ET AL.                                                                  PLAINTIFFS

vs.                                              ORDER

E.I. DUPONT DE NEMOURS
AND COMPANY                                                                        DEFENDANT

* * * * * * * * * * * * * *

This case is before the Court on the December 1, 2006, Report and Recommendation of the Magistrate Judge that the claims of Plaintiff Rosemary Adkins be dismissed with prejudice for failure to prosecute and comply with the Court's orders. (Doc. #47) Counsel for Plaintiffs has filed a status report documenting that the Report and Recommendation was sent by both first class and certified mail to Ms. Adkins at the last address known to counsel. The certified mail was returned unclaimed, but the first class mailing was not returned. No formal objections or other documents protesting the Report and Recommendation have been filed.

Therefore, the Court being sufficiently advised, and given the circumstances as detailed in the Magistrate Judge's Report, **IT IS ORDERED** that the December 1, 2006, Report and Recommendation (Doc. #47) be, and it is, hereby **adopted** as the findings and conclusions of the Court and, accordingly, that the claims of Plaintiff Rosemary Adkins be, and they are, hereby **dismissed with prejudice.**

The Court Clerk is instructed to send a copy of this Order to Rosemary Adkins at the address reflected in the exhibits to counsel's status filing (Doc. #52).

This 7th day of March, 2007.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\AshCivil\05-204-AdkinsOrder.wpd